IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOPHIA LOREN SIMPSON, : | |
| Plaintiff, : | CIVIL ACTION |
| v. : | |
| MICHAEL J. ASTRUE : | |
| Commissioner of Social Security, : | |
| Defendant. : | No. 10-2874 |

## ORDER

AND NOW, this 17th day of May, 2011, upon careful and independent consideration of Plaintiff's Request for Review (Doc. No. 8), it is hereby DENIED as follows:

(1) Plaintiff's Motion for Summary Judgment is DENIED and her complaint is DISMISSED with prejudice.

(2) The clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-2874 Simpson v. Astrue\Simpson v. Astrue, 10-2874 SS Appeal ORDER.wpd